NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS H. PUSEY,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

Case No.  2D19-2080

Opinion filed November 27, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Charlotte County; George C.
Richards, Judge.

Thomas H. Pusey, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Lindsay D. Turner,
Assistant Attorney General, Tampa,
for Respondent.

PER CURIAM.

        Denied.

LaROSE, LUCAS, and ATKINSON, JJ., Concur.